No. 227. ILLINOIS CENTRAL RAILROAD COMPANY, PLAINTIFF IN ERROR, v. CHARLES W. COUSINS. In error to the Supreme Court of the State of Minnesota. Argued January 25, 1916. Decided February 21, 1916. *Per Curiam.* Judgment reversed with costs upon the authority of *Delaware, Lackwanna & Western Railroad* v. *Yurkonis*, 238 U. S. 439; *Shanks* v. *Delaware, Lackawanna & Western Railroad*, 239 U. S. 556. *Mr. W. S. Horton* and *Mr. Blewett Lee* for the plaintiff in error. *Mr. Samuel A. Anderson* for the defendant in error.

---

No. 794. PAUL DAECHE, APPELLANT, v. ALBERT BOLL-SCHWEILER, UNITED STATES MARSHAL, ETC. Appeal from the District Court of the United States for the District of New Jersey. Motion to dismiss or affirm submitted January 31, 1916. Decided February 21, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Fay* v. *Crozer*, 217 U. S. 455; *Hannis Distilling Co.* v. *Baltimore*, 216 U. S. 285, 288; *Hendricks* v. *United States*, 223 U. S. 178, 184; (2) *Benson* v. *Henkel*, 198 U. S. 1, 10–11; *Pierce* v. *Creecy*, 210 U. S. 387, 401–402; (3) *Glasgow* v. *Moyer*, 225 U. S. 420; *Johnson* v. *Hoy*, 227 U. S. 245; *Henry* v. *Henkel*, 235 U. S. 219. *Mr. Merritt Lane, Mr. John W. Ockford* and *Mr. Otto F. Seggel* for the appellant. *The Attorney General* and *The Solicitor General* for the appellee.